No. 72–770.  COMMISSIONER OF SOCIAL SERVICES OF NEW YORK ET AL. *v.* KLEIN ET AL.; and

No. 72–803.  NASSAU COUNTY MEDICAL CENTER ET AL. *v.* KLEIN ET AL.  Appeals from D. C. E. D. N. Y.  Judg-

ment vacated and cases remanded for further consideration in light of *Roe* v. *Wade,* 410 U. S. 113 (1973), and *Doe* v. *Bolton,* 410 U. S. 179 (1973). Reported below: 347 F. Supp. 496.